

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00815-CV

In the Interest of **R.E.N.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-PA-01635
Honorable Richard Garcia, Judge Presiding

Opinion by:    Karen Angelini, Justice

Sitting:    Catherine Stone, Chief Justice
        Karen Angelini, Justice
        Rebecca Simmons, Justice

Delivered and Filed: July 28, 2010

AFFIRMED, MOTION TO WITHDRAW GRANTED

After the trial court terminated his parental rights to R.E.N., appellant G.C.N. appealed the trial court's order determining that an appeal of the termination order would be frivolous.[1] *See* TEX. FAM. CODE ANN. § 263.405(g) (Vernon 2008). Appellant's court-appointed attorney filed a brief containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In the Interest of R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in appeal from termination of parental

---

[1] To protect the privacy of the parties in this case, we identify the parent and child by initials only. *See* TEX. FAM. CODE ANN. § 109.002(d) (Vernon 2009).

rights). Counsel provided appellant with a copy of the brief. Additionally, appellant was informed of his right to review the record and advised of his right to file a pro se brief. No pro se brief has been filed.

After reviewing the record, we agree that the appeal is frivolous and without merit. The judgment of the trial court is affirmed. We grant counsel's motion to withdraw. *Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n. 1 (Tex. App.—San Antonio 1996, no pet.).

Karen Angelini, Justice